U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**

OCT 16 2019

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

### WAIVER OF INDICTMENT

UNITED STATES OF AMERICA

v.  CASE NUMBER: 4:17CR111-5 JM

JOHN WEBSTER BATTON

I, JOHN WEBSTER BATTON, the above named defendant, who is accused of conspiracy to distribute and possess with intent to distribute a controlled substance (heroin), in violation of Title 21, United States Code, Section 846, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on this 16th day of October, 2019, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JOHN WEBSTER BATTON
Defendant

_____
DALE WEST
Counsel for Defendant

Before _____
Hon. James Moody, Jr.
Judicial Officer