U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**

OCT 16 2019

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:17CR00111-05 JM |
| v. ) | |
| ) | 21 U.S.C. § 846 |
| JOHN WEBSTER BATTON ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

From in or about December 2015, through in or about May 2017, in the Eastern District of Arkansas, the defendant,

### JOHN WEBSTER BATTON

conspired with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

Respectfully Submitted,

CODY HILAND
United States Attorney

By: _____
Benecia B. Moore
Bar No. 2006050
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
Benecia.Moore@usdoj.gov