IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 28 2020
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:17-CR-00111-05 JM |
| | ) | |
| JOHN WEBSTER BATTON | ) | UNDER SEAL |

### MOTION TO REVOKE RELEASE PENDING SENTENCING

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Benecia B. Moore, Assistant United States Attorney, moves to revoke defendant John Webster Batton's release pending sentencing and, in support of its motion, states:

1. On October 16, 2019, the defendant pleaded guilty to a Superseding Information, charging him with conspiracy to distribute and possess with intent to distribute a controlled substance (heroin), in violation to Title 21, United States Code, Section 846.

2. At the conclusion of the plea hearing, the Court allowed the defendant to remain on bond conditions pending sentencing at the defendant's request.

3. On January 29, 2020, the defendant submitted a urine specimen, which tested and confirmed positive for fentanyl and norfentanyl. The defendant advised his pretrial services officer that he had surgery the day before. However, the defendant failed to provide any medical documentation as directed to his pretrial services officer.

4. On February 25, 2020, the defendant failed to report to the probation office as directed.

5. Two days later, on February 27, 2020, the defendant submitted a urine specimen, which tested presumptively positive for the use of fentanyl. The defendant admitted to his pretrial

services officer that he used fentanyl on February 21, 2020, and has used approximately six times during the month of February 2020. The defendant signed an admission form.

**WHEREFORE**, based on the foregoing, the United States respectfully requests that a warrant be issued and that the defendant appear before this Court to show cause why his conditions of release should not be revoked.

Respectfully submitted,

Cody Hiland
United States Attorney

By: BENECIA B. MOORE
Assistant United States Attorney
Bar # 2006050
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
Benecia.Moore@usdoj.gov