# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                      NO. 4:17-cr-00111-JM-05

JOHN WEBSTER BATTON                                                  DEFENDANT

## **ORDER OF DETENTION**

Defendant John Webster Batton appeared in person with is attorney, Dale West, on March 10, 2020, for a scheduled sentencing hearing. The government was represented by Benecia Moore.

Prior to the hearing, the defendant reported to the United States Probation Office for drug testing. Thereafter, based upon a presumptively positive drug test for fentanyl, the Court found that the defendant shall be detained, and he was remanded to the custody of the United States Marshal Service.

IT IS THERFORE ORDERED that the defendant be detained. The United States Probation Officer will continue to test defendant until negative test results are achieved. Upon notification, the Court will reschedule the sentencing hearing.

IT IS SO ORDERED this 10th day of March, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE